---

**From:** Laura Osseck <losseck@disabilityrightsohio.org>
**Sent:** Thursday, August 16, 2018 10:42 AM
**To:** Robert F. Peters III; Maribeth Meluch
**Cc:** Katherine Yoder; Nick Rees; Tjay Spencer
**Subject:** RE: The Buckeye Ranch

*\*\*\*This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.\*\*\*\*\**
Mr. Peters:

3


EXHIBIT A

Thank you for your email.  We do not need the consent of the parents/guardians prior to interviewing the children in the course of an investigation.  See 42 CFR 51.42 (The P&A system shall have reasonable unaccompanied access to residents at all times necessary to conduct a full investigation of an incident of abuse or neglect).  Residents include minors and adults with legal guardians. 42 CFR 51.42(d) and (e). We intend to complete these interviews over the course of the next week as planned.

We have requested that the facility provide us with the names and contact information for the parents/guardians for all youth at the facility. This information must be provided to us promptly. 42 CFR 51.43.  Please have that information for Ms. Yoder when she arrives today to avoid any further delay.  Please also include the names of the parents/guardians for children 21093 and 13268 who have been discharged from the facility.

Ms. Meluch may contact me if there are further concerns regarding our access.

Laura Osseck
*Attorney at Law*
**Disability Rights Ohio**
614-466-7264 x 123

**From:** Robert F. Peters III <Robert.PetersIII@buckeyeranch.org>
**Sent:** Thursday, August 16, 2018 10:27 AM
**To:** Laura Osseck <losseck@disabilityrightsohio.org>; Maribeth Meluch <mmeluch@isaacwiles.com>
**Cc:** Katherine Yoder <kyoder@disabilityrightsohio.org>; Nick Rees <Nick.Rees@buckeyeranch.org>; Tjay Spencer <Tjay.Spencer@buckeyeranch.org>
**Subject:** Re: The Buckeye Ranch

Good morning Ms. Osseck.

The Buckeye Ranch is committed to maintaining a safe treatment environment for the children and families we serve and looks forward to working cooperatively with Disability Rights Ohio to ensure our clients are free from abuse, neglect, exploitation and discrimination.

We have received your email requesting to meet with 4 clients today at 2:30pm and we are able to accommodate this request.  Tjay Spencer will be your contact person today.  He can be reached at 614-357-0498.  Tjay will have space for you at the Family Life Center.  Once you arrive on campus, make your first 2 right turns and the Family Life Center will be the building on your right.  Two of the four clients you have requested to see are available at that time.  Clients 21093 and 13268 have been discharged from residential.

Client 18569 is available at 2:30pm but has a mental health group therapy session at 3pm so the meeting will need to be concluded by 2:55 pm or a new time can be arranged.  Client 19768 is available to meet at the conclusion of the meeting with client 18569.

As far as meeting with every child in the residential program, we do not believe this is appropriate without the consent of the client's parent or guardian.  The Ranch is willing to make contact with the parents/guardians of the residential clients and attempt to obtain consent but would need a week to complete this task.

Thank you for your time and attention in this matter.


Robert F. Peters III
Director of Quality Improvement, Compliance Officer, Maintenance Project Manager
The Buckeye Ranch
5665 Hoover Rd.
Grove City, OH 43123
614-395-6235
rpeters@buckeyeranch.org
www.buckeyeranch.org

---

**From:** Laura Osseck <losseck@disabilityrightsohio.org>
**Sent:** Thursday, August 16, 2018 9:14 AM
**To:** Maribeth Meluch
**Cc:** Robert F. Peters III; Katherine Yoder; Nick Rees
**Subject:** RE: The Buckeye Ranch

*\*\*\*This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.\*\*\*\*\**
Maribeth:
Though you mischaracterize our position, a determination of probable cause is within our sole discretion to make – the information I provided to you establishes that very clearly. Your interpretation of our access authority is simply incorrect. We have access to any information that pertains to the individuals, including videos.
Katherine Yoder will be at Buckeye Ranch today at 2:30. Today, she will need to speak to all youth at issue in the requested video footage. Over the course of the next week, she will also need to meet with all youth at the facility.
Please provide us with the name of the Buckeye Ranch staff member Ms. Yoder will need to ask for today as well as the location. She will also need the names and contact information for the parents/guardians of all children in the facility. If the child is in the custody of children services, please specify which county agency. If new children are admitted to the facility during our investigation, please instruct your client to notify us and provide us with the name of the child's parent/guardian. Please provide us with all information your client has that shows that the incidents have been unsubstantiated, including the names of the agencies that completed the investigations. Finally, please provide us with the date or a copy of the facility's most recent survey completed by the Ohio Department of Mental Health and Addiction Services.
**Laura Osseck**
*Attorney at Law*
**Disability Rights Ohio**
614-466-7264 x 123


**From:** Maribeth Meluch <mmeluch@isaacwiles.com>
**Sent:** Thursday, August 16, 2018 8:08 AM
**To:** Laura Osseck <losseck@disabilityrightsohio.org>
**Cc:** Robert F. Peters III <Robert.PetersIII@buckeyeranch.org>; Katherine Yoder <kyoder@disabilityrightsohio.org>; 'Nick.Rees@buckeyeranch.org'

5