# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **DISABILITY RIGHTS OHIO,** | ) | **Civil Action No. 2:18-cv-894** |
| | ) | **Civil Action No. 2:18-cv-906** |
| **Plaintiff,** | ) | |
| | ) | **Chief Judge Edmund A. Sargus, Jr.** |
| v. | ) | **Magistrate Judge Chelsey M. Vascura** |
| | ) | |
| **THE BUCKEYE RANCH, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the Court for consideration of Plaintiff's Motion to Redact Portions of the Transcript of the Hearing Testimony of Robert Peters. ("Motion," ECF No. 65.) In its Motion, Plaintiff seeks to redact "medical and mental health information concerning children residing at Buckeye Ranch, and information such as client and report numbers and the names of referring agencies that may identify children." (Motion at 3, ECF No. 65.)

Based on Plaintiff's representations, the Court concludes that the transcript of Robert Peters' testimony contains confidential information that should be shielded from public access. The sealing of documents, however, must be no broader than necessary. *See Shane Group, Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016) ("'The public has an interest in ascertaining what evidence and records the District Court and this Court have relied upon in reaching our decisions'" (quoting *Brown*, 710 F.2d at 1181)). Accordingly, Plaintiff's Motion is **GRANTED** (ECF No. 65). The transcript shall remain under seal. If either party intends to rely upon the transcript of Mr. Peters' testimony, they may file a redacted version on the public docket that redacts only the information protected as confidential.

2

**IT IS SO ORDERED.**

                                      */s/ Chelsey M. Vascura*
                                      CHELSEY M. VASCURA
                                      UNITED STATE MAGISTRATE JUDGE